# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00278-CV

**Erik Bremer, Appellant**

**v.**

**Home Game Club, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-15-000700, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Erik Bremer has informed this Court that he no longer wishes to pursue this appeal and has filed a motion to dismiss it because the trial court reconsidered its prior ruling.[1] Appellee Home Game Club, Inc. has not objected or otherwise responded to the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed:   May 28, 2015

_____

[1] Bremer provided a file-stamped copy of the trial court's signed order granting his motion to dismiss all of Home Game Club's claims against him in the underlying suit.